

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMBORY LEE MEDLOCK, JR.,<br><br>Defendant. | Case No. CR 14-188-DMG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 10, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this case. Deputy Federal Public Defender ("DFPD") Cuauhtemoc Ortega was appointed to represent Defendant for the initial appearance only. DFPD Richard Goldman was appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition, and heard the arguments of counsel at the detention hearing.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ no bail resources

☒ prior failures to appear on DMV matters resulting in suspension of California Driver's License

☒ allegations in violation petition include failure to report and positive drug test indicating use of cocaine

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history

☒ outstanding restraining order

☒ defendant is on summary probation

☒ allegations in the violation petition include drug use and failure to report.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 15, 2017

                                            /s/
                               ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE